**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7264**

_____

TORI JAREL NEAL, a/k/a Tory J. Nelson,

            Plaintiff - Appellant,

      v.

C/O ALETHEA MCCLURE-MCNEIL; C/O MURPHY; C. JUDGE; SGT. HAND;
AMY LAFLUER; KENNETH LASSITER; DAROLYN HILTS,

            Defendants - Appellees,

      and

THE CITY OF RALEIGH,

            Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:15-ct-03284-BO)

_____

Submitted:  December 18, 2018                    Decided:  December 21, 2018

_____

Before AGEE, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tori Neal, Appellant Pro Se. Terence Steed, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tori Neal appeals the district court's order dismissing his amended 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Neal v. McClure-McNeil*, No. 5:15-ct-03284-BO (E.D.N.C. Sept. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
